The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WASHINGTON HEALTH CARE ASSOCIATION, a Washington non-profit corporation; EAGLE HEALTHCARE, INC., a Washington corporation, d/b/a GRANDVIEW HEALTHCARE CENTER, HIGHLAND TERRACE NURSING CENTER, HILLCREST MANOR, and PINEWOOD TERRACE NURSING CENTER; WASHINGTON CARE SERVICES, a Washington non-profit corporation, d/b/a WASHINGTON CARE CENTER; CASHMERE CONVALESCENT CENTER, INC., a Washington corporation; SOUNDCARE, INC., a Washington corporation, d/b/a MESSENGER HOUSE CARE CENTER; NIKKEI CONCERNS, a Washington non-profit corporation, d/b/a SEATTLE KEIRO; SUNRISE VIEW CONVALESCENT CENTER, L.L.C., a Washington limited liability company; and TEKOA MEDICAL FOUNDATION, INC., a Washington corporation, d/b/a TEKOA CARE CENTER, | No. CV09-5395-RBL |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |
| v. | |
| SUSAN N. DREYFUS, Secretary of the Washington Department of Social and Health Services; and KATHY LEITCH, Assistant Secretary of the Aging and Disability Services Administration, | |
| Defendants. | |

ORDER GRANTING MOTION FOR TEMPORARY
RESTRAINING ORDER (No. CV09-5395-RBL) -1

120338.0012/1729936.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

This Matter came before the Court on July 9, 2009 on Plaintiffs' Motion for Temporary Restraining Order (Dkt. No. 4). Plaintiffs seek to enjoin Defendants from implementing a 7.29% reduction in nursing facility Medicaid reimbursement rates for fiscal year 2010 (July 1, 2009 through June 30, 2010) pursuant to Washington's "budget-dial" statute, RCW 74.46.421, as triggered by the $156.37 budget-dial rate set forth in ESHB 1244, § 206(1). Present at the hearing were Barbara J. Duffy, Robin Dale, Ryan P. McBride and Theodore A. Sheffield, counsel for Plaintiffs, and William T. Stephens and R. Timothy Crandell, Assistant Attorneys General, counsel for Defendants.

The Court has considered the parties' written submissions, declarations and exhibits, and has heard the parties' oral argument presented at the hearing on the motion, and hereby enters the following Order:

**ORDER**

1. To be entitled to injunctive relief, Plaintiffs must show that (1) they are likely to succeed on the merits, (2) they are likely to suffer irreparable harm in the absence of preliminary relief, (3) the balance of equities tips in their favor, and (4) an injunction is in the public interest. *Cal. Pharmacists Ass'n v. Maxwell-Jolly*, 563 F.3d 847, 849 (9th Cir. 2009).

2. Given the legal, regulatory and public policy considerations inherent to both the nursing facility Medicaid reimbursement system and the state appropriations process, the Court has been presented with a difficult decision with respect to the first two elements for injunctive relief, and its decision is therefore a difficult call. Nevertheless, the Court finds that Plaintiffs have demonstrated a likelihood of success on the claims asserted in their Complaint for Declaratory and Injunctive Relief, and a likelihood that they will suffer irreparable harm absent a temporary restraining order ("TRO"). The Court further finds that the balance of the equities and the public interest support a TRO for a finite time period.

3. Therefore, the Court hereby ORDERS that Plaintiffs' Motion for Temporary Restraining Order is GRANTED. Defendants and their agents are ENJOINED from

ORDER GRANTING MOTION FOR TEMPORARY
RESTRAINING ORDER (No. CV09-5395-RBL) -2

120338.0012/1729936.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

implementing or enforcing the 7.29% reduction in Medicaid reimbursement rates that would result from the application of ESHB 1244, § 206(1) and RCW 74.46.421 against Washington nursing facilities participating in the Medicaid program during the duration of this TRO.

4. This TRO shall remain in force until thirty (30) days following a decision by the Centers for Medicare & Medicaid Services ("CMS") either approving or disapproving a proposed amendment to the Washington Medicaid State Plan relating to the establishment of a $156.37 budget-dial rate. The parties shall immediately notify the Court upon any such decision by CMS.

5. No bond is required during the duration of this TRO.

6. The parties shall cooperate on the mutual exchange of information and discovery during the duration of this TRO.

DATED this 13th day of July, 2009.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Approved and Presented by:

LANE POWELL PC

 s/Barbara J. Duffy
Barbara J. Duffy, WSBA No. 18885
Robin Dale, WSBA No. 22166
Ryan P. McBride, WSBA No. 33280
Theodore A. Sheffield, WSBA No. 35874
*Attorneys for Plaintiffs*

ROBERT MCKENNA
Attorney General

*s/William T. Stephens*
William T. Stephens, WSBA No. 24254
R. Timothy Crandell, WSBA No. 12178
Assistant Attorneys General
*Attorneys for Defendants*

ORDER GRANTING MOTION FOR TEMPORARY
RESTRAINING ORDER (No. CV09-5395-RBL)    3

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107