The Honorable Ronald B. Leighton

**09-CV-05395-ORD**

FILED _____ LODGED
_____ RECEIVED

JUN 21 2010

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WASHINGTON HEALTH CARE ASSOCIATION, a Washington non-profit corporation; EAGLE HEALTHCARE, INC., a Washington corporation, d/b/a GRANDVIEW HEALTHCARE CENTER, HIGHLAND TERRACE NURSING CENTER, HILLCREST MANOR, and PINEWOOD TERRACE NURSING CENTER; WASHINGTON CARE SERVICES, a Washington non-profit corporation, d/b/a WASHINGTON CARE CENTER; CASHMERE CONVALESCENT CENTER, INC., a Washington corporation; SOUNDCARE INC., a Washington corporation, d/b/a MESSENGER HOUSE CARE CENTER; NIKKEI CONCERNS, a Washington non-profit corporation, d/b/a SEATTLE KEIRO; SUNRISE VIEW CONVALESCENT CENTER, L.L.C., a Washington limited liability company; and TEKOA MEDICAL FOUNDATION, INC., a Washington corporation, d/b/a TEKOA CARE CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>SUSAN N. DREYFUS, Secretary of the Washington Department of Social and Health Services; and KATHY LEITCH, Assistant Secretary of Aging and Disability Services Administration,<br><br>Defendants. | No. CV09-5395-RBL<br><br>**RULE 41 STIPULATION DISMISSING ALL CLAIMS IN THIS ACTION OF CERTAIN PLAINTIFFS WITHOUT PREJUDICE** |

RULE 41 STIPULATION OF DISMISSAL OF CERTAIN
PLAINTIFFS' CLAIMS WITHOUT PREJUDICE - 1
NO. CV09-5395RBL

120338.0012/1857236.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

## STIPULATION

COME NOW the parties and stipulate to the dismissal of all claims of Washington Health Care Association, Washington Care Services dba Washington Care Center, Cashmere Convalescent Center, Inc., Soundcare Inc. dba Messenger House Care Center, Nikkei Concerns dba Seattle Keiro, Sunrise View Convalescent Center L.L.C., and Tekoa Medical Foundation, Inc. dba Tekoa Care Center without prejudice and without costs to any party.

DATED: June 18, 2010.

| LANE POWELL PC | ROBERT M. MCKENNA-Attorney General |
|---|---|
| s/Barbara J. Duffy<br>Barbara J. Duffy, WSBA No. 18885<br>Robin Dale, WSBA No. 22166<br>Ryan P. McBride, WSBA No. 33280<br>Theodore A. Sheffield, WSBA No. 35874<br><br>Attorneys for Plaintiffs | s/William T. Stephens<br>William T. Stephens, WSBA No. 24254<br>R. Timothy Crandell, WSBA No. 12178<br>Assistant Attorneys General<br><br>Attorneys for Defendants |

IT IS SO ORDERED THIS 21st DAY OF June, 2010

_____
UNITED STATES DISTRICT COURT JUDGE

RULE 41 STIPULATION OF DISMISSAL OF CERTAIN
PLAINTIFFS' CLAIMS WITHOUT PREJUDICE - 2
NO. CV09-5395RBL
120338.0012/1857236.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107