The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| WASHINGTON HEALTH CARE ASSOCIATION, a Washington non-profit corporation, et al.,<br><br>                      Plaintiffs,<br><br>      v.<br><br>SUSAN N. DREYFUS, Secretary of the Washington State Department of Social and Health Services, et al.,<br><br>                      Defendants. | NO. C09-5395RBL<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS BASED ON MOOTNESS** |

This matter came before the Court on the Defendants' Motion to Dismiss Based on Mootness, dated June 16, 2010 ("Motion"). The Court has considered the pleadings, briefs, and submissions of counsel, including the following:

    1.    The Motion, including all supporting declarations and exhibits;

    2.    The plaintiffs' response to the Motion ("Response"), including all supporting declarations and exhibits; and

    3.    The defendants' reply to the Response, including all supporting declarations and exhibits.

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS BASED ON MOOTNESS
NO. C09-5395-RBL

1

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

1   In addition, the Court heard oral argument from counsel on July 9, 2010.

2   Based on the foregoing, the Court has determined that the Motion should be **granted**.

3   The Complaint for Declaratory and Injunctive Relief [Dkt. 1] ("Complaint") was sparked by a proposed payment cut to nursing facilities enacted by the Washington Legislature in 2009. *See* Order Granting Plaintiffs' Motion for Temporary Restraining Order [Dkt. 28], p. 2 (lines 1-6). The cut would have affected Medicaid rates for state fiscal year 2010 (the period of July 1, 2009, through June 30, 2010). *Id.* The cut was to a statewide weighted average rate known as the "budget dial." *Id.*

In 2009, the Legislature set the budget dial at $156.37. *Id.*; *see* Wash. Laws 2009, ch. 564, § 206(1). But in 2010, the Legislature reversed course, increasing the budget dial for the fiscal year to $169.85. *See* Wash. Laws 2010, ch. 37, § 206(1).

The Governor signed the budget-dial increase into law on May 4, 2010. *See* Certificate of Enrollment of Supplemental Operating Budget dated May 4, 2010. The budget-dial increase took effect immediately upon the Governor's signature. *See* Wash. Laws 2010, ch. 37, § 958. As a result, the State is no longer attempting to cut Medicaid payment rates to nursing facilities for fiscal year 2010.

The facts that led to the lawsuit simply no longer exist. The case has become moot, because the issues presented in the Complaint are no longer live. The actions of the Washington Governor and Legislature in 2010 prevent the Court from granting any further relief with respect to the Complaint.

//
//
//
//
//
//

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO DISMISS
BASED ON MOOTNESS
NO. C09-5395-RBL

2

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

1  NOW, THEREFORE, IT IS HEREBY ORDERED that Defendants' Motion to Dismiss Based on Mootness is GRANTED.  The Complaint is hereby dismissed with prejudice.

DATED this 30th day of July, 2010.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

ROBERT M. MCKENNA
Attorney General


s/ WILLIAM T. STEPHENS
WILLIAM T. STEPHENS, WSBA No. 24254
R. TIMOTHY CRANDELL, WSBA No. 12178
Assistant Attorneys General
Attorneys for Defendants

Office of the Attorney General
P.O. Box 40124
Olympia, WA  98504-0124
Phone:  360-586-6565
Fax:  360-586-6659
Attorneys' E-mail Addresses:
 bills3 @atg.wa.gov
 timc1 @atg.wa.gov

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO DISMISS
BASED ON MOOTNESS
NO. C09-5395-RBL

3

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565